1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  MEREDITH J. EDWARDS (CABN 279301)     **FILED**
   Special Assistant United States Attorney
5
      150 Almaden Boulevard               SEP 2 5 2013
6     San Jose, California 95113
      Telephone: (408) 535-5589          RICHARD W. WIEKING
7     Facsimile: (408) 535-5066          CLERK, U.S. DISTRICT COURT
      Email: meredith.edwards@usdoj.gov  NORTHERN DISTRICT OF CALIFORNIA
8                                                  SAN JOSE

   Attorneys for the United States of America
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                   SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,        )    No. CR 13-71051 HRL
                                     )
15        Plaintiff,                 )
                                     )    STIPULATION AND [PROPOSED]
16  v.                               )    ORDER VACATING AND
                                     )    RESCHEDULING HEARING DATE
17  CASEY RILAND,                    )
                                     )
18        Defendant.                 )
                                     )
19  _____ )

20

21                    **STIPULATION**

22       The United States, by and through Special Assistant United States Attorney Meredith J.

23  Edwards, and defendant Casey Riland, by and through his counsel Assistant Federal Public

24  Defender Heather Angove, hereby stipulate that, with the Court's approval, the defendant's

25  arraignment, currently scheduled before this Court on Friday, September 27, 2013, at 1:30 p.m.,

26  be vacated and rescheduled for Wednesday, October 9, 2013, at 8:30 a.m., before the Honorable

27  Paul S. Grewal. The rescheduling is requested to allow government counsel additional time to

28  //

                              1

1   obtain and review discovery before filing formal charges.

2         It is so stipulated.

3

4   Dated: September 23, 2013                       /s/
                                        MEREDITH J. EDWARDS

5                                         Special Assistant United States Attorney

6

7   Dated: September 23, 2013                       /s/
                                        HEATHER ANGOVE

8                                         Attorney for Casey Riland

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Pursuant to the agreement and stipulation of the parties, the Court hereby orders that the arraignment in this case, before this Court on Friday, September 27, 2013, at 1:30 p.m., be vacated and rescheduled for Wednesday, October 9, 2013, at 8:30 a.m., before the Honorable Paul S. Grewal.

IT IS SO ORDERED.

DATED: 9/25/13

_____
HOWARD R. LLOYD
United States Magistrate Judge